1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
2  PRICE AND ASSOCIATES
   A Professional law Corporation
3  1611 Telegraph Avenue, Suite 1450
   Oakland, CA 94612
4  Telephone: (510) 452-0292

5  JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)

6  CHARLES STEPHEN RALSTON (STATE BAR NO. 34111)

7  Attorneys for Plaintiffs
   MARTHA BERNDT, MARTA HASTINGS,
8  SOPHIA CURRY, SHELLY ADCOCK,
   PATRICIA MOREIRA and KAREN CURRIE

9
   EDMUND G. BROWN, JR.
10 Attorney General of the State of California
   ALICIA M.B. FOWLER
11 Senior Assistant Attorney General
   LYN HARLAN (STATE BAR NO. 171471)
12 KATHRYN ALLEN (STATE BAR NO. 137685)
   Deputy Attorneys General
13 1515 Clay Street, 20th Floor
   P.O. Box 70550
14 Oakland, CA 94612-0550
   Telephone: (510) 622-2208
15
   Attorneys for Defendants
16 CALIFORNIA DEPARTMENT OF CORRECTIONS
   AND REHABILITATION, TERESA SCHWARTZ,
17 JOSEPH McGRATH, DAVID SKERIK,
   AND DWIGHT WINSLOW
18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BERNDT, MARTA HASTINGS, JUDY LONGO, LINDA SCOTT, et al., | No. C03-3174 VRW |
| Plaintiffs, v. CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., Defendants. | **STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO FILE PLAINTIFFS' REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

The parties to the above-entitled action hereby stipulate to extend the time for Plaintiffs to file their Reply Brief in Support of Plaintiffs' Motion for Class Certification from January 25, 2010, to February 1, 2010. Good cause exists for this Stipulation because a recent series of storms that have gone through the Bay Area has had a serious detrimental effect on Plaintiffs' counsels' ability to prepare their reply brief. Attorney Charles S. Ralston, the primary author of Plaintiffs' Reply Brief, has experienced several power outages in his area, including an extended power outage that began Thursday, January 21, 2010 and lasted through Saturday, January 23, 2010. As a result of the power outage, Attorney Ralston lost access to his computer and files and was unable to work on the brief at all. Since the hearing date has been vacated, all counsel agree that there is no prejudice to any of the parties if Plaintiffs file their reply brief on Monday, February 1, 2010.

DATED: January 25, 2010                     PRICE AND ASSOCIATES

    /s/ *Pamela Y. Price*
PAMELA Y. PRICE, Attorney for Plaintiffs
MARTHA BERNDT, et al.

    /s/ *John L. Burris*
JOHN L. BURRIS, Attorney for Plaintiffs
MARTHA BERNDT, et al.

    /s/ *Charles Stephen Ralston*
CHARLES STEPHEN RALSTON, Attorney
for Plaintiffs MARTHA BERNDT, et al.

DATED: January 25, 2010                     EDMUND G. BROWN, JR.
                                            Attorney General of the State of California
                                            ALICIA M.B. FOWLER
                                            Senior Assistant Attorney General
                                            KATHRYN ALLEN
                                            Deputy Attorney General

    /s/ *Lyn Harlan*
LYN HARLAN
Deputy Attorney General
Attorneys for Defendants
CALIFORNIA DEPARTMENT OF CORRECTIONS
AND REHABILITATION, et al.

1 **ORDER**

2 **PURSUANT TO THE STIPULATION OF THE PARTIES**, Plaintiffs' Reply Brief in

3 Support of Plaintiffs' Motion for Class Certification currently due on January 25, 2010 shall be filed on

4 or before February 1, 2010. **IT IS SO ORDERED**.

5

6 Dated: 2/1/2010

7 _____
HON. VAUGHN R. WALKER
UNITED STATES DISTRICT COURT

